

**DISTRICT ATTORNEY'S OFFICE**

Fort Bend County, Texas



FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

JAN - 2 2015

CHRISTOPHER A. PRINE
CLERK

JOHN F. HEALEY, JR.
District Attorney

(281) 341-4460
Fax (281) 238-3340

December 30, 2014

Fourteenth Court of Appeals
301 Fannin, Ste 245
Houston, Texas, 77002

**CERTIFIED MAIL RECEIPT #: 7010 1870 0002 1315 9728**

Re:  In re Lorenza Andre Sam
Cause No. 14-13-00840-CR

Dear Mr. Prine:

The State requests leave to borrow the reporter's and clerk's record from the Court to insure it is using the appellate record filed with this Court in preparing its appellate brief. Please have the appellate record sent to the undersigned assistant district attorney for this purpose. The undersigned will promptly return the record when done.

Thank you for your kind assistance in these matters.

Sincerely,

John F. Healey
District Attorney

John J. Harrity III
SBN#09133100
Assistant District Attorney
john.harrity@fortbendcountytx.gov

cc: J. Sidney Crowley
Attorney for Appellant

Mailing: 301 Jackson • 1422 Eugene Heimann Circle, Suite 20234 • Richmond, TX 77469-3108